# Court of Appeals
# of the State of Georgia

ATLANTA,  April 29, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1300. DARRELL ELLISON et al. v. CI GROWTH 212, LLC.**

After the plaintiff filed a complaint in this dispossessory action, the defendants answered and asserted counterclaims for trespass and attorney fees. On March 6, 2024, the trial court entered a judgment in which it denied the plaintiff's request for a writ of possession but awarded the plaintiff a monetary judgment. The record contains no indication that the trial court has adjudicated the defendants' counterclaims. The defendants filed a notice of appeal on March 15, 2024. We lack jurisdiction for two reasons.

First, because the defendants' counterclaims have not been adjudicated, the trial court's March 6 judgment is a non-final order that did not resolve all issues in this case. See *Rivera v. Housing Auth. of Fulton County*, 163 Ga. App. 648, 648 (295 SE2d 336) (1982). Consequently, the defendants were required to use the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — to appeal the March 6 judgment. See OCGA § 5-6-34 (b); *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991). Their failure to do so deprives us of jurisdiction over this direct appeal. See *Bailey*, 266 Ga. at 833.

Second, even if a direct appeal were proper in this case, this appeal is untimely. While a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, appeals in dispossessory actions must be filed within 7 days of the date the judgment was entered. See OCGA § 44-7-56 (b) (1); *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). The

defendants' March 15 notice of appeal was untimely filed 9 days after entry of the judgment they seek to appeal.

For the above reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,　04/29/2024　*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* 　　　　　　　, *Clerk.*